✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
3:58 pm, Jan 27 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 1:25-mj-00183 |
| ) | |
| DAZHON DARIEN ) | |
| ) | |
| **Defendant** ) | |

### MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, Christine Goo, Assistant United States Attorney for the said District, moves this Honorable Court to Dismiss the Criminal Complaint as to the above captioned defendant.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /S/ _____
Christine Goo
Assistant United States Attorney